# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 25-7016                      **September Term, 2024**

**1:24-cv-02881-UNA**

**Filed On:** June 4, 2025

Patrick Christian,

         Appellant

     v.

State of North Carolina and Josh Stein,
Governor, North Carolina,

         Appellees

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**BEFORE:**     Pillard, Katsas, and Rao, Circuit Judges

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order entered January 3, 2025, be affirmed. The district court concluded that appellant's claims were barred by Heck v. Humphrey, 512 U.S. 477 (1994), because appellant had not shown that his conviction had been invalidated in a prior proceeding. On appeal, appellant does not argue that he has in fact satisfied that requirement, nor has he shown that the requirement is inapplicable here.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

                                   **FOR THE COURT:**
                                   Clifton B. Cislak, Clerk

               BY:      /s/
                          Daniel J. Reidy
                          Deputy Clerk